**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00383-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GARCIA,

    Defendant.

_____

**ORDER SETTING CHANGE OF PLEA AND SENTENCING HEARING**
_____

    Pursuant to the Notice of Disposition (ECF No. 14) and Unopposed Motion for Immediate Sentencing (ECF No. 15) filed on October 9, 2013.  A Change of Plea and Sentencing Hearing are set for November 20, 2013, at 11:00 a.m.  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

    The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **November 20, 2013**, at 11:00 a.m. and the **two-day** jury trial scheduled for **December 2, 2013**, at 9:00 a.m. are VACATED.

Dated this 17th day of October, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge